BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-cr-00358 AWI/DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION RE: |
| | ) | CONTINUANCE AND |
| | ) | ORDER |
| | ) | |
| GAUVENCIO MADRIGAL-CHAVEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant GAUVENCIO MADRIGAL-CHAVEZ, in the above-captioned

matter, by and through his attorney, and the United States of

America, by and through his attorney, BENJAMIN B. WAGNER, United

States Attorney, and KAREN A. ESCOBAR, Assistant United States

Attorney, hereby enter into the following stipulation:

1.  The parties to the above-captioned matter agree to vacate

the May 14, 2012, hearing date and reset the matter for June 25,

2012, at 1:00 p.m.

2.  The parties stipulate that the continuance is

1

necessitated by the parties need to conduct further investigation and continue plea negotiations.

3.   The parties stipulate that time is excludable under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the matter.

DATED: May 10, 2012                          Respectfully submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney

                                             By: /s/ Karen A. Escobar
                                                KAREN A. ESCOBAR
                                             Assistant U.S. Attorney

                                             /s/ Patience Milrod
                                             PATIENCE MILROD
                                             Attorney for Defendant
                                             Gauvencio Madrigal-
                                             Chavez

                                             /s/ David Torres
                                             DAVID TORRES
                                             Attorney for Defendant
                                             Jerman Madrigal


                              O R D E R

     Having read and considered the foregoing stipulation,

     IT IS THE ORDER of the Court that the current hearing date of May 14, 2012, is hereby vacated and is reset for June 25, 2012, at 1:00 p.m.

     IT IS FURTHER ORDERED THAT time shall be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the

public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the matter.

IT IS SO ORDERED.

Dated:   **May 11, 2012**                        **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE