```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-cr-00358 AWI/DLB |
| Plaintiff, | |
| v. | STIPULATION RE: CONTINUANCE AND ORDER |
| GAUVENCIO MADRIGAL-CHAVEZ, | |
| Defendant. | |

Defendant GAUVENCIO MADRIGAL-CHAVEZ, in the above-captioned matter, by and through his attorney, and the United States of America, by and through his attorney, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1.  The parties to the above-captioned matter agree to vacate the May 14, 2012, hearing date and reset the matter for June 25, 2012, at 1:00 p.m.

2.  The parties stipulate that the continuance is

1  necessitated by the parties need to conduct further investigation
2  and continue plea negotiations.
3      3.  The parties stipulate that time is excludable under the
4  Speedy Trial Act and that the ends of justice served by granting
5  the requested continuance outweigh the best interests of the
6  public and the defendant in a speedy trial, in that the failure
7  to grant the continuance would deny the parties' sufficient
8  opportunity to conduct further investigation and/or resolve the
9  matter.

DATED: May 10, 2012                        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
    KAREN A. ESCOBAR
    Assistant U.S. Attorney

/s/ Patience Milrod
PATIENCE MILROD
Attorney for Defendant
Gauvencio Madrigal-
Chavez

/s/ David Torres
DAVID TORRES
Attorney for Defendant
Jerman Madrigal

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of May 14, 2012, is hereby vacated and is reset for June 25, 2012, at 1:00 p.m.

IT IS FURTHER ORDERED THAT time shall be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the

2

1 public and the defendant in a speedy trial, in that the failure
2 to grant the continuance would deny the parties' sufficient
3 opportunity to conduct further investigation and/or resolve the
4 matter.

    IT IS SO ORDERED.

    **Dated:   May 11, 2012**          /s/ **Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE

3