BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-cr-00358 AWI/DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION RE: |
| | ) | CHANGE OF PLEA AND ORDER |
| GAUVENCIO MADRIGAL-CHAVEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant GAUVENCIO MADRIGAL-CHAVEZ, in the above-captioned matter, by and through his attorney, and the United States of America, by and through his attorney, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to set this matter for a Change of Plea on June 25, 2012, at 10:00 a.m. before Judge Anthony W. Ishii and vacate the 1:00 p.m. Status Conference before Magistrate Judge Dennis L. Beck for that date.

///

1

```
DATED: June 6, 2012                    Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                       By: /s/ Karen A. Escobar
                                         KAREN A. ESCOBAR
                                         Assistant U.S. Attorney

                                       /s/ Patience Milrod
                                       PATIENCE MILROD
                                       Attorney for Defendant
                                       Gauvencio Madrigal-Chave
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that this matter shall be set for a Change of Plea on June 25, 2012, at 10:00 a.m. and the 1:00 p.m. Status Conference on that date shall be vacated.

IT IS SO ORDERED.

Dated:      June 7, 2012                   _____
                                           CHIEF UNITED STATES DISTRICT JUDGE