Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for GAUVENCIO MADRIGAL CHÁVEZ

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>GAUVENCIO MADRIGAL CHÁVEZ,<br>  Defendant. | Case No. 1:11-cr-00358-AWI DLB<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING and ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KAREN ESCOBAR, Assistant United States Attorney for Plaintiff, and PATIENCE MILROD, counsel for the Defendant:

1. The parties to the above-captioned matter agree to vacate the September 24, 2012, hearing date and reset the matter for November 26, 2012 at 10:00 a.m.

2. The parties stipulate that the continuance is necessitated by the parties need to gather further information for preparation of the Presentence Report.

*Stipulation and Proposed Order*       *1*

Dated: August 17, 2012

/s/ Karen Escobar
United States Attorney
BENJAMIN B. WAGNER
By KAREN ESCOBAR
Assistant U.S. Attorney

Dated: August 17, 2012

/s/Patience Milrod
PATIENCE MILROD
Attorney for defendant
Gauvencio Madrigal-Chavez

*Stipulation and Proposed Order*          2

**ORDER ON STIPULATION**

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the sentencing hearing presently set for September 24, 2012 at 10:00 a.m. be and is hereby continued to a new date of November 26, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   August 17, 2012

CHIEF UNITED STATES DISTRICT JUDGE

*Stipulation and Proposed Order            3*